# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0580.  EMILY RUSHING v. THE STATE.**

On August 26, 2015, the trial court revoked Emily Rushing's probation.  She filed a motion to modify, arguing, generally, that her sentence should have been "un-suspended" rather than her probation revoked.  The trial court denied Rushing's motion on September 17, 2015.  Rushing then filed this appeal, seeking review of both the August and September orders.  We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Rushing's probation, she was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/13/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.